# Exhibit D

# TALENS MARINE & FUEL
A Quintana Portfolio Company

Post Office Box 1040   Lake Arthur, LA 70549-1040   www.talensmarine.com   Main Office: (337) 774-5480   Fax: (337) 774-3503

**BILL TO:** Omega Shipping Agency / Seagull Marine / 504-465-1017

**SHIP TO:**
- LOCATION: Talen's Port Fourchon
- Rig (Flag): ~~Fcty~~ Marshal Ish.
- Lease:
- (M/V) Liftboat: Gulmar Condor
- Imo # 7628760

**DATE:** 2/7/2010
**ORDERED BY:** Capt. Janusz
**PHONE NUMBER:** 985-258-1724 / 832-461-8642
**P.O.-#:**
**PARISH:** Lafourche

**O.N.-#** Imo # 7628760

| QUANTITY | ITEM NUMBER | HAZMAT HM | PKG. SIZE | DESCRIPTION | UNIT PRICE | AMOUNT OF SALE |
|---|---|---|---|---|---|---|
| | 2006 | | N/A | #2 Diesel Fuel, 3, NA 1993, PG III, High Sulphur / Low Sulphur / Ultra Low Sulphur, Off Road "DYED DIESEL FUEL, NON-TAXABLE USE ONLY, PENALTY FOR TAXABLE USE." | | |
| | 2007 | | N/A | #2 Diesel Fuel, 3 NA 1993, PG III, Low Sulphur / Ultra Low Sulphur, On Road "CLEAR DIESEL FUEL, THIS DIESEL FUEL CONTAINS NO VISIBLE EVIDENCE OF DYE." | | |
| | 1001 | | | Gasoline, 3, UN 1203, PG II | | |
| | 3006 | | | Aviation Fuel 3, Flammable Liquid, UN 1863, PG III, Jet-A Aviation Grade Turbine | | |
| | | | | Methyl Alcohol (Methanol), 3, UN 1230, PG II | | |
| | 13 - 1300 | | | Regular/Drill Water | | |
| | 13 - 1315 | | | Potable Water  Open Meter:  Close Meter: | | |
| | | | | Bilge//Oily Water | | |
| | 60 - 6010 | | | Household Garbage Disposal | | |
| | 60 - 6030 | | | Used Filters | | |
| | | | | Marine Gas Oil | | |
| 179,000 gal | | | | Note Boat could not hold all Fuel only took 179,000 gal. MGO - 576.253 MT Sulfur Content 0.1 Temp 66° OBQ - 34.7 API - 34.6 Flash Point 168.0° Deg Seal # 1813530 Boat 1813543  SZWARC KRZYSTOF  SZOR JANUSZ | C/E were ordered 680 m³ = 179,000 USG | |

**LOCATION:** Port Fourchon
**BARGE/TRUCK #:**
**DELIVERED BY:** Rene'/Raynel
OPENING GAUGE
CLOSING GAUGE

Received by _____
**THANK YOU FOR YOUR BUSINESS**
It is agreed and made a condition of this sale that terms are net upon delivery unless a prior agreement is made. Interest at the rate of 18% per annum and if placed in the hands of an attorney for collection, 25% of balance due as attorney fees. "Extension of credit to any person other than the owner of the vessel is not to be construed as a waiver of any rights against the vessel pursuant to maritime lien act, 46 USC SECTION 971, ET SEQ. Talen's Marine relies on the credit of the vessel it serves as well as the credit of the person to whom credit is extended."

Subject to correction of clerical .............. Emergency Contact: 800-256-3835

Port 2141

**PLAINTIFF'S EXHIBIT D**

**TALEN'S MARINE & FUEL**
A Quintana Portfolio Company

Talen's Marine & Fuel
P.O. Box 1040
Lake Arthur, LA 70549
Phone (337) 774-5480
Fax (337) 774-3503
www.talensmarine.com

## Bunker Delivery Receipt

Name of Vessel: Gulmar Condor   IMO #: 7628760
Port of Delivery: Fourchon, LA Talens   Barge/Truck Ref. #: Gol Dock
Flag: ~~Italy~~ Marshel Isl.   Destination: C Port 2

| Grade | IFO | IFO | MDO | GASOIL |
|---|---|---|---|---|
| Product Name (ISO-8217) | | | | MGO |
| Kin. Viscosity at 40 Deg C, cSt | | | | 2.3 cst |
| Density at 15 Deg C, KG/M3 | | | | 44.7 |
| Sulphur content, % M/M | | | | 0.1 WT% |
| Net barrels | | | | V 42 |
| Metric tons | | | | 576.853 |
| Temperature, Deg F | | | | 66° |
| Flash Point, Deg F | NOT LESS THAN 140 Deg F | | | |

Remarks:

Date/Time Barge/truck loaded: Commenced 7:50pm 2-7-10   Finished 4:30 AM
Date/Time Delivered: Commenced _____   Finished _____

**Bunkers and representative sample(s) received in good order.**
The vessel is ultimately responsible for the debt incurred through this transaction. The Supplier's right to apply and enforce a maritime lien will not be altered, waived or impaired by the application of any disclaimer stamp.

Supplier declares that products delivered under this receipt are in conformance with Annex VI of MARPOL 73/78, regulations 14(1) and 18(1).

**State Sales Tax & Federal Excise Tax Exemption Certificates**
The purchaser hereby certifies that this vessel, operated by the undersigned, is engaged in the transportation of persons or property for compensation or hire in interstate or foreign commerce. Furthermore, this vessel operates neither on the inland waterways of the state fuel is delivered in nor those of the United States. All fuel received will be used strictly as supplies for this vessel in connection with its business or operating as a private or common carrier.

**Gas Oil**
Dyed Diesel Fuel. For non-taxable use only. Penalty for taxable use.

X _____ [signature]
Master/Chief Engineer

X Tom _____ [signature]
For Seller/Transporter

| Sample Distribution/Seal Numbers | Vessel | Supplier | Vessel MARPOL | Supplier MARPOL |
|---|---|---|---|---|
| Grade: Marine Gas Oil | 1813530 | 1813533 | 1813543 | 1813463 |
| Grade: | | | | |
| Grade: | | | | |

**Master's/Chief Engineer's signed written request**
The undersigned hereby requests that the following grades and quantities be delivered to:

m|v Gulmar Condor      2/7/2010
Name of Vessel         Date

| Grade | IFO | IFO | MDO | GASOIL |
|---|---|---|---|---|
| Kin. Viscosity at 40 Deg C, cSt | | | | |
| Metric Tons | | | | |
| Required pumping rate, MT/hour | | | | |
| Order of discharge | | | | |

The vessel is responsible for all hose connecting and disconnecting. Barge will lift hose to vessel's rail only. If vessel is unable to take delivery of the full quantity ordered, all expenses in connection with returning the oil to the installation shall be for the buyer's account. the vessel's management is invited to appoint a representative to check and witness the opening and closing meter readings or tank dips. Supplier's measurements are final and binding.

**Warning**
The vessel's staff in charge of bunkering operations must NOT close valves on board without first giving ample warning to the attendant of the delivering facility. Any instructions from the vessel's staff, such as "ease down" or "stop" will be carried out immediately to avoid excessive pressure on the pipeline, which may cause hoses to burst. Prior to bunkering operations, every precaution must be taken to avoid contamination by oil spillage, such as the placing of drip pans, the closing of scuppers, etc. Any oil spillage will automatically be the sole responsibility of the receiving vessel if this warning is ignored. Any indication of contamination MUST be immediately reported to the relevant authorities by the staff of the delivering facility.

Place: Port Fourchon Gol Dock Talens
Date: 2/7/10
Master/Chief Engineer
X _____ [signature]

X Invitation to witness readings/dips:
ACCEPTED / DECLINED

Port 1531