# Exhibit H

Case 3:10-cv-00257 Document 1-11 Filed in TXSD on 07/02/10 Page 1 of 9



# ZAD FUEL

BDR NO. 1354
DATE: 27/02/10

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or
Vessel: TOISA PALADIN
Flag/ IMO No :
Port/Location : HAMRIYAH SHARJAH
Next Port :

Mode of Delivery : R.T.W.
17267 DXB

Start Time : 16.22
Finish Time : 18.12

### PRODUCT DETAILS

Grade : M.G.O.
Density @ 15°C, KG/L: 0.856
Viscosity KIN CST 50°C / 40°C : 2.5
Sulphur% : < 0.4
ASH, PCT.WT : < 0.01
Water PCT, Vol. : < 0.01
Flash Point °C : 63
Pour Point : 0

Temp °C : 35
VCF    WCF

### QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15C : all matter under investigation
Metric Tons : Quantity Disputed

Master's / Chief Engineer's Acknowledgement

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 035827
Bunker Barge :
MARPOL ANNEX VI : 035828
Retained : 035829

Supplied by

Name : BERNARDO
(CAPITAL LETTERS)

Rank

Sign and Stamp

Received by

Name : RICHARD INKSTER
(CAPITAL LETTERS)  NB: PROTEST ON DELIVERED QUANTITY FOR ALL 8 DELIVERIES.

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648   NT 1695
KILOWATT 9720

Sign and Stamp

PLAINTIFF'S EXHIBIT
H



## ZAD FUEL

BDR NO. 1353
DATE: 26.02.10

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

# BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or
Vessel: MV. TOISA PALADIN
Flag/ IMO No : UK / 9388091
Port/Location : HAMRIYAH SHARJAH
Next Port : —

Mode of Delivery : R.T.W.
17267 DXB

Start Time : 0330
Finish Time : 0608

## PRODUCT DETAILS

Grade : M.G.O.
Density @ 15°C, KG/L: 0.856
Viscosity KIN CST 50°C / 40°C : 25
Sulphur% : < 0.4
ASH, PCT.WT : < 0.001
Water PCT, Vol. : < 0.01
Flash Point °C : 63
Pour Point : 0

Temp °C : 35
VCF    WCF

## QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15°C :
Metric Tons : 50.190

Master's / Chief Engineer's Acknowledgement

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 035263
Bunker Barge :
MARPOL ANNEX VI : 035264
Retained : ~~035264~~

Supplied by

Name : BERNARDO
(CAPITAL LETTERS)

Rank

Sign and Stamp

Received by

Name : RICHARD INESTER
(CAPITAL LETTERS)
MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648   NT 1695
KILOWATT 9720

Sign and Stamp



# ZAD FUEL

BDR NO. 1302
DATE: 26-02-10

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

| For Account of Owners and /or Charters / Managers / Operators and /or | Mode of Delivery : R.T.W |
|---|---|
| Vessel: TOISA PALADIN | 18497 DXB |
| Flag/ IMO No : UK / 9388091 | Start Time : |
| Port/Location : HAMRIYAH SHARJAH | Finish Time : 08:53 |
| Next Port : | |

### PRODUCT DETAILS | QUANTITY DELIVERED

| Grade | : MGO | LTR / USG / IG | : |
|---|---|---|---|
| Density @ 15°C, KG/L: | 0.856 | Gross m³ | : |
| Viscosity KIN CST 50°C / 40°C : | 2.5 | Net m³ @ 15°C | : |
| Sulphur% | : <0.4 | Metric Tons | : 50.095 |
| ASH, PCT.WT | : <0.001 | | |
| Water PCT, Vol. | : <0.01 | | |
| Flash Point °C | : 63 | | |
| Pour Point | : 0 | | |
| Temp °C | : 35 | | |
| VCF | WCF | | |

Master's / Chief Engineer's Acknowledgement

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 057993
Bunker Barge : —
MARPOL ANNEX VI : 058000
Retained : 057994

Supplied by

Received by

Name: (CAPITAL LETTERS)

Name: (CAPITAL LETTERS)

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648  NT 1695
KILOWATT 9720

Rank

Sign and Stamp

Sign and Stamp   M. ELIOTT



# ZAD FUEL

BDR NO. 0941
DATE: 26/02/10

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or

Vessel: TOISA PALADIN
Flag/ IMO No : UK / 9388091
Port/Location : UAE
Next Port : UAE

Mode of Delivery : RJW
14621-DX2
Start Time : 21:05
Finish Time : 23:00

### PRODUCT DETAILS

Grade : M.G.O.
Density @ 15°C, KG/L: 0.850
Viscosity KIN CST 50°C / 40°C : 2.5
Sulphur% : 0.4
ASH, PCT.WT : <0.004
Water PCT, Vol. : <0.005
Flash Point °C : 70
Pour Point : +24

Temp °C : 35
VCF        WCF

Supplied by

Name : JUAN
(CAPITAL LETTERS)

Rank

Sign and Stamp

### QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15°C :
Metric Tons : 50.192

**Master's / Chief Engineer's Acknowledgement**
We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : TOISA PALADIN
Bunker Barge :
MARPOL ANNEX VI : 035672 / 035671
Retained :

Received by

Name : RICHARD INKSTER
(CAPITAL LETTERS)

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648  NT 1695
KILOWATT 9720

Sign and Stamp



# ZAD FUEL

BDR NO. 1455
DATE : 26-2-2010

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or

Vessel: TOISA PALADIN

Flag/ IMO No :
Port/Location : HFZ
Next Port :

Mode of Delivery : R.T.Y
15/05 DXB

Start Time :
Finish Time :

### PRODUCT DETAILS

Grade : M.G.O
Density @ 15°C, KG/L: 0.085C
Viscosity KIN CST 50°C / 40°C : 25
Sulphur% : 0.4
ASH, PCT.WT : 10.001
Water PCT, Vol. : 10.05
Flash Point °C : 65
Pour Point : 0

Temp °C : 35
VCF          WCF

### QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15°C :
Metric Tons : 50 MT

Master's / Chief Engineer's Acknowledgement

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 50161
Bunker Barge :
MARPOL ANNEX VI : 50162
Retained : 50162

Supplied by

Name : JUPITER
(CAPITAL LETTERS)

Rank

Sign and Stamp

Received by

Name : RICHARD INKSTER
(CAPITAL LETTERS)

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648   NT 1695
KILOWATT 9720

Sign and Stamp



# ZAD FUEL

BDR NO. 1303
DATE: 27-02-10

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or
Vessel: TOISA PALADIN
Flag/ IMO No: UK / 9388091
Port/Location: HAMRIYAH SHARJAH
Next Port:

Mode of Delivery: R.TW.
18497 DXB

Start Time:
Finish Time:

### PRODUCT DETAILS

Grade: M.G.O
Density @ 15°C, KG/L: 0.856
Viscosity KIN CST 50°C / 40°C: 2.5
Sulphur%: <0.4
ASH, PCT.WT: <0.001
Water PCT, Vol.: <0.01
Flash Point °C: 63
Pour Point: 0

Temp °C: 35
VCF            WCF

Supplied by

Name: EDDIE
(CAPITAL LETTERS)

Rank:

Sign and Stamp

### QUANTITY DELIVERED

LTR / USG / IG:
Gross m³: NB — NOT ACCEPTED
Net m³ @ 15°C: TOTAL QUANTITY OVER 8 DELIVERIES
Metric Tons: 48.501

Master's / Chief Engineer's Acknowledgement

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel: 057997
Bunker Barge: 057998
MARPOL ANNEX VI:
Retained: 057999

Received by

Name: AHMED IBRAHIM
(CAPITAL LETTERS)

PROTEST ON DELIVERED QUANTITIES OVER ALL 8 DELIVERIES. Disputed amount is under investigation until agreed latter.

Sign and Stamp

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648  NT 1695
KILOWATT 9720



# ZAD FUEL

BDR NO. 1456
DATE: 27-02-20

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or
Vessel: TOISA PALADIN
Flag/ IMO No : UK / 9388091
Port/Location : Hamryah / Sharjah
Next Port :

Mode of Delivery : R.T.W.
14621 DXB

Start Time : 09:20
Finish Time : 11:19

### PRODUCT DETAILS

Grade : M.G.O
Density @ 15°C, KG/L: 0.856
Viscosity KIN CST 50°C / 40°C : 2.5
Sulphur% : 0.4
ASH, PCT.WT : <0.001
Water PCT, Vol. : <0.005
Flash Point °C : 70
Pour Point : +24

Temp °C : 35
VCF          WCF

Supplied by

Name : 
(CAPITAL LETTERS)

Rank

Sign and Stamp  *(signature/stamp: Juan)*

### QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15°C :
Metric Tons : 50.172 M.T.

**Master's / Chief Engineer's Acknowledgement**
We acknowledge receipt of the above products in accordance with buyers requirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 035673
Bunker Barge :
MARPOL ANNEX VI : 035675
Retained : 035674

Received by

Name : MARK ELLIOTT
(CAPITAL LETTERS)

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648   NT 1695
KILOWATT 9720

Sign and Stamp  M. Elliott



# ZAD FUEL

BDR NO. 1457
DATE : 27-2-20(8

Tel.:+971 4 267 4308, Fax:+971 4 267 4309, E mail:zaduaetr@eim.ae, P.O.Box: 294205, Dubai, U.A.E.

## BUNKER DELIVERY NOTE AND RECEIPT

For Account of Owners and /or Charters / Managers / Operators and /or
Vessel: TOISA PALADIN
Flag/ IMO No : UK/9388091
Port/Location : HAMRIYAH /SHARJAH
Next Port :

Mode of Delivery : R.T.V
15105 DXB
Start Time : 12.06
Finish Time :

### PRODUCT DETAILS

Grade : M.G.O
Density @ 15°C, KG/L: 0.0856
Viscosity KIN CST 50°C / 40°C : 2.5
Sulphur% : 0.4
ASH, PCT.WT : <0.001
Water PCT, Vol. : <0.005
Flash Point °C : 70
Pour Point : -24
Temp °C : 25
VCF        WCF

Supplied by
Name : JUNIE
(CAPITAL LETTERS)
Rank : DRIVER
Sign and Stamp

### QUANTITY DELIVERED

LTR / USG / IG :
Gross m³ :
Net m³ @ 15°C :
Metric Tons : 47.5 MT

**Master's / Chief Engineer's Acknowledgement**

We acknowledge receipt of the above products in accordance with buyersrequirements, Quantity received is final, binding and conclusive in all respects, all tanks sounded, no water found. We confirm that samples were taken, sealed and numbrred in our presence as follows:

Receiving Vessel : 50136
Bunker Barge :
MARPOL ANNEX VI :
Retained : 50137
Received by : 50138

Name : STUART DAVIE
(CAPITAL LETTERS)

MPDSV 'TOISA PALADIN'
OFFICIAL No. 914043
PORT OF REG. LONDON
GT 5648   NT 1695
KILOWATT 9720

Sign and Stamp