IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OMEGA BUNKER f/k/a<br>OMEGA SHIPPING AGENCY<br><br>Plaintiff,<br><br>v.<br><br>M/V GULMAR CONDOR, et al.<br><br>Defendants. | § § § § § § § § § § | CIVIL ACTION NO. G-10-257<br>IN ADMIRALTY |

## NOTICE OF FILING CUSTODIAL EXPENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant GULMAR CONDOR MARINE INVESTMENTS, S.A. and files National Maritime Services' invoice for custodial expenses incurred through September 30, 2010, and supersedes the invoice attached to Document 80 filed on September 17, 2010.

Respectfully submitted,

Douglas J. Shoemaker
State Bar No. 00788406; Fed ID 16854
5847 San Felipe, Suite 4600
Houston, Texas 77057
Telephone:  (713) 871-8822
Facsimile:   (713) 871-8844
**ATTORNEY-IN-CHARGE FOR
GULMAR CONDOR MARINE
INVESTMENTS, S.A.**

OF COUNSEL:
BELL, RYNIKER & LETOURNEAU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic mail and/or first class mail, for any party not a subscriber to electronic notification on this the ___ day of October, 2010, as follows:

William P. Glenn
Kelly M. Haas
Royston, Rayzor, Vickery & Williams, LLP
The Hunter Building
306 22nd Street, Suite 301
Galveston, Texas 77550

W. Sean O'Neil
12651 Briar Forest, Suite 220
Houston, Texas 77077

Michael Andrew Colomb
Dodson, Hooks & Frederick
445 North Boulevard, Suite 850
Baton Rouge, LA 70802

Daniel A. Tadros
Chaffe McCall, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Neil A. Quartaro
Watson, Fraley & Williams LLP
1133 Avenue of the Americas, 11th Fl
New York, NY 10036

J. James Cooper
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007

Dimitri P. Georgantas
Chaffe McCall, LLP
815 Walker Street, Suite 953
Houston, Texas 77002

James H. Power
Holland & Knight
31 West 52nd Street
New York, NY 10019

Thomas J. Bethune IV
Frilot, LLC
3700 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Thomas R. Nork
Marc Matthews
Phelps Dunbar, LLP
700 Louisiana St., Ste. 2600
Houston, Texas 77002

Douglas Shoemaker

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290   FACSIMILE: (954) 602-9127

| | |
|---|---|
| DATES OF CHARGES: | 9/01/10-09/30/10 |
| TYPE OF VESSEL: | Construction Support Vessel |
| SIZE / STOCK NUMBER: | 341' / 25566 |
| VESSEL NAME: | GULMAR CONDOR |

| | |
|---|---|
| CLIENT: | Gulmar Condor |
| ADDRESS: | c/o U.S. Federal Court, Southern District of Texas |
| | 601 U.S. Courthouse, 25th St and Ave. F |
| | Galveston, TX 77553 |
| TEL: | 409-766-3771 |
| FAX: | |
| CASE #: | 10-cv-00257 |
| LOCATION: | Galveston, TX 77553 |

| Date | Description | Units | Unit cost | Amount | Handling | Amount Billed |
|---|---|---|---|---|---|---|
| 9/1/2010 | Mobilization and Coordination fee | 1 | $ 3,250.00 | $ 3,250.00 | | $ 3,250.00 |
| | SUBTOTAL | | | | | $ 3,250.00 |
| **RECURRING EXPENSES** | | | | | | |
| 9/01/10-9/30/10 | USCG licensed watchman | 30 | $ 425.00 | $ 12,750.00 | | $ 12,750.00 |
| 9/01/10-9/30/10 | Daily custody fee ($200.00 minimum per/day) | 30 | $ 200.00 | $ 6,000.00 | | $ 6,000.00 |
| | SUBTOTAL | | | | | $ 18,750.00 |
| | TOTAL | | | | | $ 22,000.00 |
| | INTEREST | 1.5% per month on unpaid balance | | | | |
| | PAYMENTS | | | | | |
| | BALANCE DUE | | | | | $ 22,000.00 |